**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| AMANDA STRUNK and JOSHUA CLEVELAND, ) ) ) Plaintiffs, ) ) v. ) ) LAGRANGE COUNTY SHERIFF ) TERRY MARTIN (in his official capacity), ) ) Defendant. ) | CASE NO.: 1:10-CV-23 |

### PLAINTIFFS' MOTION TO AMEND COMPLAINT

Plaintiffs, Amanda Strunk and Joshua Cleveland, by counsel, pursuant to Rule 15 of the Federal Rules of Civil Procedure, move to amend their Complaint to make it a class action, in the form and manner set forth in the attached "Plaintiffs' First Amended Complaint–Class Action", attached as Exhibit "A" hereto. The Motion is timely and is within the time set forth in the Report of Parties Planning Meeting, adopted by this Court.

WHEREFORE, Plaintiffs pray that the Court will allow them to file their First Amended Complaint–Class Action, to make the filing of the Class-Action Complaint retroactive to the filing of the original Complaint (January 21, 2010), and that Defendant be required to answer and otherwise plead within the time allowed by law.

//

//

//

//

             Respectfully submitted,

             **CHRISTOPHER C. MYERS & ASSOCIATES**

             s/Christopher C. Myers
             Christopher C. Myers, #10043-02
             Ilene M. Smith, #22818-02
             809 South Calhoun Street, Suite 400
             Fort Wayne, IN 46802-2307
             Telephone: (260) 424-0600
             Facsimile:  (260) 424-0712
             E-mail:  cmyers@myers-law.com
                   ismith@myers-law.com
             Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

   The undersigned hereby swears and affirms that a true and correct copy of the above was deposited in the United States Mail, sent via ECF, or served by some other method approved by this Court, on this 24th day of May, 2010, to the following:

James Posey
Beers Mallers Backs & Salin, LLP
110 W. Berry St., Suite 1100
Fort Wayne, IN  46802

Robert T. Keen, Jr., Esq.
Diana C. Bauer, Esq.
Kelly Pautler, Esq.
Carson Boxberger, LLP
1400 One Summit Square
Fort Wayne, Indiana 46802

             s/Christopher C. Myers

CCM/js
S:\Strunk, Amanda\Pleadings\Motion to Amend Complaint.wpd

2