**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| AMANDA STRUNK and JOSHUA CLEVELAND, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO.: 1:10-cv-23 |
| LAGRANGE COUNTY SHERIFF TERRY MARTIN (in his official capacity), | ) ) ) | |
| Defendant. | ) | |

### CONSENT DECREE

The parties, Amanda Strunk and Joshua Cleveland, by counsel, Christopher C. Myers, and LaGrange County Sheriff Terry Martin, by counsel, Robert T. Keen, hereby agree to the following Consent Decree, which the parties pray will be adopted as an Order of the Court and which heretofore has the effect of a Judgment binding upon the representative Plaintiffs, the putative class members and the Defendant and his successors in interest, and which provides as follows:

1.  Plaintiffs filed their Class Action Complaint on or about January 21, 2010, alleging, in part, that the Sheriff of LaGrange County, in his official capacity under 42 U.S.C. § 1983, engaged in a policy, custom, practice or procedure which deprived Plaintiffs and others similarly situated of their Fourth Amendment right to a probable cause determination within forty-eight hours of being arrested and detained without a warrant, or being released within that time if a court did not provide a judicial determination of probable cause within forty-eight hours of arrest.

1

2.      Plaintiffs also filed their Motion for Determination of Maintenance of Claim as a

Class Action, and Plaintiffs' Brief in Support of Class Action on May 24, 2010.

3.      The LaGrange County Sheriff, by counsel, filed Defendant's Objection to

Plaintiffs' Motion for Determination of Maintenance of Claim as a Class Action

on or about July 12, 2010. The LaGrange County Sheriff filed Defendant's

Answer to Plaintiffs' Complaint - Class Action, Affirmative Defenses and Jury

Demand on or about March 18, 2011.

4.      Plaintiffs' counsel filed an Application of Class Counsel and Supplemental

Materials on or about June 25, 2010, and on that date also filed Plaintiffs' Reply to

Defendant's Objection to Plaintiffs' Motion for Determination of Maintenance of

Claim as a Class Action.  Thereafter, the Court issued an Opinion and Order on

or about March 7, 2011 which, in part, provided the following class definition:

> All individuals who were arrested without a warrant, from January 21,
> 2008 through the date of this order, and who were booked and/or placed
> into the LaGrange County Jail, and who were not brought before a
> judicial officer within forty-eight (48) hours after their arrest for a judicial
> probable cause hearing, and who were detained by the LaGrange County
> Sheriff in excess of forty-eight (48) hours after their arrest.

5.      The parties have agreed that there are approximately two-hundred thirty-eight

(238) members in the class, but the parties agree that this number is not finite and

they will continue to review the facts and evidence to determine what the actual

final number will be.

6.      Defendant, LaGrange County Sheriff Terry Martin, in his official capacity, agrees

and consents that the Sheriff, due in part to circumstances beyond his control,

including, but not limited to, the actions of governmental entities who are

immune from liability in this matter, engaged in a practice, custom or procedure

2

whereby individuals arrested without a warrant and booked into the LaGrange County Jail did not receive a judicial probable cause determination within forty-eight hours from the time of their arrest, that the length of their detention violated their Fourth Amendment right to a probable cause determination within forty-eight hours of being arrested and detained without a warrant, or being released within that time if a court did not provide a judicial determination of probable cause within forty-eight hours of arrest and that the violation was a result of the Sheriff's custom, due in part to circumstances beyond his control, including, but not limited to, the actions of governmental entities who are immune from liability in this matter, of detaining arrestees for over forty-eight hours and/or his failure to implement a policy to timely release such individuals to ensure they were not incarcerated longer than forty-eight hours before a judicial determination of probable cause was made. The parties agree that the Sheriff's policies, customs and/or procedures were a cause of the Fourth Amendment violations suffered by Plaintiffs and the putative class members.

7.     The parties consent and agree that beginning July 17, 2010 and thereafter, all individuals arrested without a warrant and deposited in the LaGrange County Jail started receiving, and have received, probable cause determinations within forty-eight hours after their arrest, and that the Sheriff has implemented policies, customs and procedures, including the training of his correctional officers, to ensure all inmates arrested without a warrant receive a probable cause determination within forty-eight hours after arrest, and/or that any individual

arrested without a warrant who does not receive a probable cause determination within forty-eight hours after arrest is to be released. Furthermore, the parties consent and agree that the implementation of these customs, policies and procedures by the LaGrange County Sheriff are as a direct result of the lawsuit filed by Amanda Strunk and Joshua Cleveland. The parties consent and agree that there has been, by way of this lawsuit, and the resolution thereof, a corresponding alteration in the legal relationship of the parties and a judicial imprimatur on the change. The parties agree that the changes implemented by the Sheriff with respect to the limits of his detention of individuals arrested without a warrant and/or his duty to release such individuals who have not been afforded a judicial determination of probable cause within forty-eight hours after their arrest are "court-ordered" changes which changed the legal relationship of the parties. By this Consent Decree, the parties have gained judicial approval of the relief vis-á the merits of the case.  The parties agree to ongoing judicial oversight and the ability of the Court to enforce the obligations imposed on the parties during the pendency of the lawsuit.

8.      The parties request that the United States District Court approve the "LaGrange County Sheriff's Department's Protocol for Releasing Individuals Who Have Been Arrested Without a Warrant and Incarcerated in the LaGrange County Jail," attached to this Consent Decree as Exhibit "A."

9.      The parties consent to and agree that Plaintiffs are a prevailing party for purposes of 42 U.S.C. §§ 1983 and 1988, and that Plaintiffs have met the standard

for prevailing-party status set forth in *Buckhannon Board & Care Home, Inc. v. West Virginia Dept. of Health & Human Resources*, 532 U.S. 598 (2001).

10. The parties will continue to discuss issues regarding notice, cost of notice, damages and injuries, and will notify the Court as to whether a resolution of these issues can be achieved.

Respectfully submitted,                              Respectfully submitted,

**CHRISTOPHER C. MYERS & ASSOCIATES**     **CARSON BOXBERGER, LLP**


s/Christopher C. Myers                              s/Robert T. Keen, Jr.
Christopher C. Myers, #10043-02                     Robert T. Keen, Jr., #5475-02
Ilene M. Smith, #22818-02                           Diana C. Bauer, #11906-64
809 South Calhoun Street, Suite 400                 Kelly Pautler, #25732-18
Fort Wayne, IN 46802                           1400 One Summit Square
Telephone:    (260) 424-0600                        Fort Wayne, Indiana 46802
Facsimile:    (260) 424-0712                        Telephone:    (260) 423-9411
E-mail:       cmyers@myers-law.com                  Facsimile:    (260) 423-4329
              ismith@myers-law.com                  Attorneys for Defendant
Attorneys for Plaintiff


Respectfully submitted,

**BEERS MALLERS BACKS & SALIN, LLP**


s/James P. Posey
James P. Posey, #6369-02
110 West Berry Street, Suite 1100
Fort Wayne, Indiana 46802
Telephone:    (260) 426-9706
Facsimile:    (260) 420-1314
E-Mail:jpposey@beersmallers.com
Attorneys for Defendant