IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| AMANDA STRUNK and JOSHUA CLEVELAND, | ) ) ) |
| Plaintiffs, | ) ) ) CASE NO. 1:10-cv-00023-RLM-RBC |
| vs. | ) ) |
| LAGRANGE COUNTY SHERIFF TERRY MARTIN (in his official capacity), | ) ) ) |
| Defendant. | ) |

### JOINT STATUS REPORT

Come now, parties, by respective counsel, and, per the Court's June 6, 2012 Order, submit a joint status report regarding litigation in the above matter. The parties would show the Court as follows:

1. This is a class action case involving the over-detention of inmates at the LaGrange County Jail, who were arrested without a warrant between the dates of January 21, 2008 through March 7, 2011,

2. In compliance with this Court's Order, the approved Notice of Class Certification was published in the LaGrange (Indiana) Standard and the Kendallville (Indiana) Sun Times. Defendant sent out the same Notice, along with the approved Claim Form to all potential class members identified by the parties by way of first class U.S. mail to their last known mailing addresses.

3. According to the Court's June 6, 2012 Order, the claim forms were to be returned by September 20, 2012. As of today's date, two claim forms have been returned.

Respectfully submitted,

| **CHRISTOPHER C. MYERS & ASSOCIATES** | **CARSON BOXBERGER, LLP** |
|---|---|
| s/Ilene M. Smith | s/Kelly J. Pautler |
| Christopher C. Myers, #10043-02 | Robert T. Keen, Jr., #5475-02 |
| Ilene M. Smith, #22818-02 | Kelly J. Pautler, #25732-18 |
| 809 South Calhoun Street, Suite 400 | 1400 One Summit Square |
| Fort Wayne, IN 46802 | Fort Wayne, Indiana 46802 |
| Telephone: (260) 424-0600 | Telephone: (260) 423-9411 |
| Facsimile: (260) 424-0712 | Facsimile: (260) 423-4329 |
| Attorneys for Plaintiffs | Attorneys for Defendant |