### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF INDIANA
### FORT WAYNE DIVISION

| | | |
|---|---|---|
| AMANDA STRUNK and JOSHUA CLEVELAND, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO. 1:10-CV-23-JD |
| LAGRANGE COUNTY SHERIFF TERRY MARTIN (in his official capacity), | ) ) ) | |
| Defendant. | ) ) | |

### MEMORANDUM IN SUPPORT OF PETITION FOR
### INTERIM AWARD OF FEES AND COSTS

Before the Court is Plaintiffs' Counsel's Verified Petition for Interim Award of Fees and Costs.   Court's may award an interim fees award, but "only when a party has prevailed on the merits on at least some of his claims."   *Hanrahan v. Hampton*, 446 U.S. 754, 758 (1980); *Greenfield Mills, Inc. v. Carter*, 569 F.Supp.2d 737, 743 (N.D. Ind. 2008).   Plaintiffs are "prevailing" because they have succeeded on the only significant issue in this litigation – proving the unconstitutionality of the Sheriff's practice of over-detaining pretrial detainees, a practice which was rectified by the development and implementation of a "Protocol", which was instituted *because of* this litigation.   See *Hanrahan*, 569 F.Supp.2d at 743.   Stated differently, a "prevailing party" is one that achieves "a material alteration of the legal relationship of the parties". *Buckhannon Bd. & Care Home, Inc. v. West Virginia Dep't of Health & Human Resources*, 532 U.S. 598, 604 (2001).

In this case, an award of interim fees and costs is appropriate because a consent decree and concrete order have determined the substantial rights of the parties.   Plaintiffs have prevailed –

they instituted litigation which caused the Sheriff to implement a change in policy (the "Protocol") and which resulted in a settlement fund of $1,000,000.00.   Plaintiffs' counsel plans to seek a total fee award of $400,000.00 plus costs (or 40% of the Settlement Fund plus expenses) and will file a subsequent Petition after the interim award of fees.   Presently, Class Counsel petitions the Court for an award of interim fees and costs representative of counsel's current hours multiplied by the reasonable hours rates (through November 6, 2013).

The interim award of fees in the amount of $202,859.31 is reasonable given the hours expended and the hourly rates of counsel.   A chart set forth below shows the number of hours reasonably expended on the litigation multiplied by a reasonable hourly rate.   (CCM is Christopher C. Myers; IMS is Ilene M. Smith; "P" stands for paralegal.)

| Who | Number of Hours | Hourly Rate | Subtotal |
|-----|-----------------|-------------|----------|
| CCM | 411.15 | $400.00 | $164,460.00 |
| IMS | 108.70 | $300 | $32,610.00 |
| Paralegal | 77.05 | $75.00 | $5,778.75 |

|   |   |   | Costs |
|---|---|---|-------|
|   |   | + | $902.78 |

|   |   |   | Total |
|---|---|---|-------|
|   |   | = | $203,751.53 |

Plaintiffs' counsel has submitted an Affidavit along with billing records documenting the hours worked and setting forth the billing rates for each individual who worked on the case. Defendant does not oppose (but does not expressly agree to) either Plaintiffs' Verified Petition for Fees and Costs or the billing records/documentation of time.   Counsel's time entries are sufficiently detailed to set forth the general nature of the billed time and provide adequate details regarding the tasks performed by the attorneys and paralegals, and designates the reasonable and necessary time expenditures which were required in this litigation.

2

The total number of hours spent on this litigation (through November 6, 2013) by Plaintiffs' counsel (including paralegals) is 596.90 hours.   There is no time that was spent on unsuccessful claims.   The paralegals did not bill for purely secretarial or administrative tasks. Neither is there any showing that there was any unneeded duplicative time spent between Christopher C. Myers and his associate Ilene M. Smith.

The reasonable hourly rate postulate by Christopher C. Myers is $400.00.   The reasonable hourly rate claim by Ilene M. Smith is $300.00.   Plaintiffs' counsel have supported their "reasonable hourly rates" by declarations from Patrick Proctor and Alan VerPlanck, other lawyers in the community.   (See Ex. "A", Aff. Patrick Proctor and Ex. "B", Aff. Alan VerPlanck.)   The important consideration here is that counsel is seeking only an *interim* award of fees and costs. Class Counsel is well aware that they must submit a second petition for their full award of their attorney's fees and costs.   The evidence in the form of an affidavit from Christopher C. Myers and declarations of private counsel support the hourly rates being claimed by Christopher C. Myers and Ilene M. Smith.

The present costs and expenses sought in this interim award are in the amount of $902.78. Plaintiffs' counsel claims that these costs are reasonable, as all of these expenses were incurred during the course of the litigation and would have been charged to a fee-paying client engaged in similarly litigation.   See *Hanrahan*, 569 F.Supp.2d at 759-761.   The itemization of costs and expenses lists travel/mileage, photo-copies, faxes, postage, and other out-of-pocket expenses.

The summary of Plaintiffs' counsel's interim request for fees and costs is as follows: fees in the amount of $202,848.75; costs and expenses of $902.78.   Class Counsel shall file with the Court a subsequent fee petition seeking additional fees and costs for additional hour/expenses expended in finalizing the settlement (including adjustments to the lodestar, going through the

fairness hearing, and working with the Claims Administrator in locating putative class members and disbursing settlement funds).

WHEREFORE, Counsel Christopher C. Myers prays that the Court will issue an order forthwith granting Plaintiffs' Counsel's Verified Petition for Interim Award of Fees and Costs, and for all other just and proper relief in the premises.

Respectfully submitted,

**CHRISTOPHER C. MYERS & ASSOCIATES**

s/Christopher C. Myers
Christopher C. Myers, #10043-02
Ilene M. Smith #22818-02
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802
Attorneys for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby swears and affirms that a true and correct copy of the above was deposited in the United States Mail, or served by some other method approved by this Court, on this 15th day of November, 2013, to the following:

James P. Posey
Beers Mallers Backs & Salin, LLP
110 W. Berry St., Suite 1100
Fort Wayne, IN 46802

Robert T. Keen, Jr.
Cathleen M. Shrader
Barrett & McNagny, LLP
215 East Berry Street
Fort Wayne, Indiana 46802

s/Christopher C. Myers
Christopher C. Myers

CCM/js
S:\Strunk, Amanda\Pleadings\Motion for Ext on Settlement Docs.docx